**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 20, 2025

Noah P. Watson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

RE:  25-3311  Christine Benson, et al v. State of Arkansas

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

This case is consolidated with case number 25-2713, Samantha Stinson, et al v. State of Arkansas and case number 25-2894, Julee Jaeger, et al v. State of Arkansas, for the purpose of briefing and submission to the court.

The court has established a consolidated briefing schedule for the case(s), a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CJO

Enclosure(s)

cc:     Jay Bequette Jr.
        Phillip Meyer Brick Jr.
        Clerk, U.S. District Court, Western Arkansas
        William Cody Kees
        Autumn Hamit Patterson
        Laura L. Purvis
        Rebecca Ross
        John Charles Williams
        Jonathan K. Youngwood

        District Court/Agency Case Number(s):   5:25-cv-05127-TLB

**Caption For Case Number:   25-3311**

Samantha Stinson, on behalf of herself and her minor children; Jonathan Stinson, on behalf of himself and his minor children; Stephen Caldwell, on behalf of himself and his minor child; Joseph Armendariz, on behalf of himself and his minor child; Talara Taylor, on behalf of herself and her minor children; Shane Taylor, on behalf of himself and his minor children; Carol Vella, on behalf of herself and her minor children; Leah Bailey, on behalf of herself and her minor children; Dan Rix, on behalf of himself and his minor children; Julee Jaeger, on behalf of herself and her minor child, U.J.; April Christine Berry, on behalf of herself and her minor children, C.B. and K.B.; Kyle Berry, on behalf of himself and his minor children, C.B. and K.B.

       Plaintiffs

Christine Benson, on behalf of herself and her minor child

       Plaintiff - Appellee

v.

Fayetteville School District No. 1; Springdale School District, No. 50; Bentonville School District, No. 6; Siloam Springs School District, No. 21; Conway School District, No. 1

       Defendants

Lakeside School District, No. 9

       Defendant - Appellee

State of Arkansas

       Intervenor - Appellant

**Addresses For Case Participants:   25-3311**

Noah P. Watson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Jay Bequette Jr.
BEQUETTE & BILLINGSLEY
Suite 3200
425 W. Capitol Avenue
Little Rock, AR  72201-3469

Phillip Meyer Brick Jr.
BEQUETTE & BILLINGSLEY
Suite 3200
425 W. Capitol Avenue
Little Rock, AR  72201-3469

Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

William Cody Kees
BEQUETTE & BILLINGSLEY
Suite 3200
425 W. Capitol Avenue
Little Rock, AR  72201-3469

Autumn Hamit Patterson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Laura L. Purvis
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Rebecca Ross
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

John Charles Williams
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

Jonathan K. Youngwood
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954