# U. S. District Court
## Western District of Arkansas (Fayetteville)
## CIVIL DOCKET FOR CASE #: <u>5:25–cv–05127–TLB</u>

| | |
|---|---|
| Stinson et al v. Fayetteville School District No. 1 et al | Date Filed: 06/11/2025 |
| Assigned to: Chief District Judge Timothy L Brooks | Jury Demand: Defendant |
| Case in other court:  8th Circuit Court of Appeals, 25–02713 | Nature of Suit: 950 Constitutional – State Statute |
|         8th Circuit Court of Appeals, 25–02894, 25–02713 | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**<u>Plaintiff</u>**

**Samantha Stinson**
*on behalf of herself and her minor children*

represented by **Daniel Mach**
American Civil Liberties Union Foundation
915 15th Street NW
Suite 600
Washington, DC 20005
202–675–2330
Email: <u>dmach@aclu.org</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
American Civil Liberties Union Foundation
915 15th Street NW
Suite 600
Washington, DC 20005
202–675–2330
Email: <u>hweaver@aclu.org</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
ACLU of Arkansas
904 W 2nd St.
Little Rock, AR 72201
501–374–2842
Email: <u>john@acluarkansas.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
Simpson Thacher & Bartlett
425 Lexington Ave
New York, NY 10017

212–455–2000
Email: jyoungwood@stblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
ACLU of Arkansas
904 W Second Street
Little Rock, AR 72201
501–374–2842
Email: shelby@acluarkansas.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
Americans United for Separation of
Church and State
1310 L Street NW
Suite 200
Washington, DC 20005
202–466–7306
Fax: 202–898–0956
Email: luchenitser@au.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
Americans United for Separation of
Church and State
1310 L Street NW
Ste 200
Washington, DC 20005
202–988–7682
Email: tai@au.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017
212–455–3725
Email: griselda.cabrera@stblaw.com
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
Simpson Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017
212–455–2815
Email: jgochman@stblaw.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jessica Zalph**
Americans United for Separation of
Church and State
1310 L Street NW
Ste 200
Washington, DC 20005
646–427–5160
Email: zalph@au.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
Simpson Thacher & Bartlett LLP
900 G Street NW
Washington D.C., DC 20001
202–636–5922
Email: jordan.krieger@stblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
608–256–8900
Email: noetn@ffrf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
212–455–5505
Email: noah.gimbel@stblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608–256–8900
Email: patrick@ffrf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
Freedom From Religion Foundation
PO Box 750

Madison, WI 53701
608–256–8900
Email: sgrover@ffrf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Jonathan Stinson**
*on behalf of himself and his minor children*

represented by **Daniel Mach**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Zalph**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Caldwell**
*on behalf of himself and his minor child*

represented by **Daniel Mach**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Zalph**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Armendariz**
*on behalf of himself and his minor child*

represented by **Daniel Mach**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Zalph**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Talara Taylor**
*on behalf of herself and her minor children*

represented by **Daniel Mach**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Zalph**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shane Taylor**                    represented by  **Daniel Mach**
*on behalf of himself and his minor*                (See above for address)
*children*                                          *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Heather Weaver**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **John Charles Williams**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jonathan Youngwood**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Shelby Howlett Shroff**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Alex Luchenitser**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Amy Tai**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Griselda Cabrera**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Janet Gochman**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jessica Zalph**
                                                    (See above for address)
                                                    *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Carol Vella**
*on behalf of herself and her minor children*

represented by **Daniel Mach**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Zalph**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leah Bailey**
*on behalf of herself and her minor children*

represented by **Daniel Mach**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Zalph**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dan Rix**
*on behalf of himself and his minor children*

represented by **Daniel Mach**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Zalph**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Julee Jaeger**
*on behalf of herself and her minor child,*
*U.J.*

**Daniel Mach**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Zalph**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Christine Berry**
*on behalf of herself and her minor children, C.B. and K.B.*

represented by **Daniel Mach**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Zalph**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Berry**
*on behalf of himself and his minor*

represented by **Daniel Mach**
(See above for address)

*children, C.B. and K.B.*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Weaver**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Youngwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelby Howlett Shroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Luchenitser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Tai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Griselda Cabrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Gochman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Zalph**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Krieger**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Nancy A. Noet**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah B Gimbel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Elliott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel T Grover**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Benson**                     represented by  **John Charles Williams**
*on behalf of herself and her minor child*              (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jonathan Youngwood**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fayetteville School District No. 1**   represented by  **Katherine Church Campbell**
                                                        Friday, Eldredge & Clark
                                                        3350 S Pinnacle Hills Pkwy
                                                        Suite 301
                                                        Rogers, AR 72758
                                                        479–695–6040
                                                        Email: kcampbell@fridayfirm.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Marshall S. Ney**
                                                        Friday, Eldredge & Clark, LLP
                                                        3350 S Pinnacle Hills Pkwy
                                                        Ste 301
                                                        Rogers, AR 72758

(479) 695–6049
Fax: 5012445389
Email: mney@fridayfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Paige Smith**
Friday, Eldredge & Clark
3350 S. Pinnacle Hills Pkwy
Ste 301
Rogers, AR 72758
479–316–4096
Email: ssmith@fridayfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Springdale School District No. 50** | represented by | **Katherine Church Campbell** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall S. Ney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Paige Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Bentonville School District No. 6** | represented by | **Katherine Church Campbell** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall S. Ney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Paige Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Siloam Springs School District No. 21** | represented by | **Katherine Church Campbell** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall S. Ney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Paige Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Conway School District No. 1     represented by    **Jay Bequette , Jr**
Bequette, Billingsley & Kees, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201−3469
501−374−1107
Fax: 501−374−5092
Email: jbequette@bbpalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip M. Brick , Jr.**
Bequette, Billingsley & Kees, P.A.
425 W. Capitol Ave.
Suite 3200
Little Rock, AR 72201
501−374−1107
Email: pbrick@bbpalaw.com
*ATTORNEY TO BE NOTICED*

**Shastady R Wagner**
Conway School District
2220 Prince Street
Conway, AR 72034
501−628−7533
Email: wagners@conwayschools.info
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
Bequette, Billingsley & Kees, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201
501−374−1107
Fax: 501−374−5092
Email: ckees@bbpalaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Lakeside School District No. 9     represented by    **Jay Bequette , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip M. Brick , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Mark David Hall**                    represented by    **Hiram Stanley Sasser , III**
First Liberty Institute
2001 W. Plano Pkwy
Suite 1600
Plano, TX 75075
972–941–4447
Email: hsasser@firstliberty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**State of Arkansas**                  represented by    **Autumn Hamit Patterson**
Arkansas Attorney General
101 West Capitol Avenue
Little Rock, AR 72201
501–682–2007
Email: autumn.patterson@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Purvis**
Arkansas Attorney General
101 West Capitol Avenue
Little Rock, AR 72201
501–320–3085
Email: laura.purvis@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Watson**
Arkansas Attorney General
101 West Capitol Avenue
101 West Capitol Avenue
101 West Capitol Avenue
Little Rock, AR 72201
501–682–1019
Email: noah.watson@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Tim Griffin**
*Attorney General*

represented by **Autumn Hamit Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Purvis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Watson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2025 | 1 | CIVIL COVER SHEET by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella, Dan Rix. Please proceed with filing your case initiating document(s). <br><br> If the case initiating documents are not filed by Close of Business the next business day, this file may be closed. <br><br> A civil action is commenced by filing a complaint with the Court (Fed.R.Civ.P.3). (tmc) Modified on 6/11/2025.(mll) (Entered: 06/11/2025) |
| 06/11/2025 | 2 | COMPLAINT against Bentonville School District No. 6, Fayetteville School District No. 1, Siloam Springs School District No. 21, Springdale School District No. 50 ( Filing fee $ 405 receipt number AARWDC−3198515), filed by Shane Taylor, Jonathan Stinson, Joseph Armendariz, Talara Taylor, Dan Rix, Leah Bailey, Samantha Stinson, Carol Vella, Stephen Caldwell.(Williams, John) (Entered: 06/11/2025) |
| 06/11/2025 | 3 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.** <br><br> Summons Requested as to Fayetteville School District No. 1 for service of the following document: 2 Complaint,. (Williams, John) (Entered: 06/11/2025) |
| 06/11/2025 | 4 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.** <br><br> Summons Requested as to Bentonville School District No. 6 for service of the following document: 2 Complaint,. (Williams, John) (Entered: 06/11/2025) |
| 06/11/2025 | 5 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.** <br><br> Summons Requested as to Springdale School District No. 50 for service of the following document: 2 Complaint,. (Williams, John) (Entered: 06/11/2025) |

| | | |
|---|---|---|
| 06/11/2025 | 6 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.**<br><br>Summons Requested as to Siloam Springs School District No. 21 for service of the following document: 2 Complaint,. (Williams, John) (Entered: 06/11/2025) |
| 06/11/2025 | 7 | **THE DOCUMENT IS RESTRICTED TO COURT USERS AND CASE PARTICIPANTS.**<br><br>Summons Issued as to Bentonville School District No. 6, Fayetteville School District No. 1, Siloam Springs School District No. 21, and Springdale School District No. 50 and returned to attorney or plaintiff for service.<br><br>**YOU MUST PRINT THIS ISSUED SUMMONS, WHICH IS THE MAIN DOCUMENT. PAPER COPIES WILL <u>NOT</u> BE MAILED.**<br><br>(tmc) (Entered: 06/11/2025) |
| 06/12/2025 | 8 | MOTION for Preliminary Injunction by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Attachments: # 1 Exhibit 1 – Act 573 of 2025, # 2 Exhibit 2 – Declaration of Samantha Stinson, # 3 Exhibit 3 – Declaration of Jonathan Stinson, # 4 Exhibit 4 – Declaration of Stephen Caldwell, # 5 Exhibit 5 – Declaration of Joseph Armendariz, # 6 Exhibit 6 – Declaration of Talara Taylor, # 7 Exhibit 7 – Declaration of Shane Taylor, # 8 Exhibit 8 – Declaration of Carol Vella, # 9 Exhibit 9 – Declaration of Daniel Rix, # 10 Exhibit 10 – Declaration of Leah Bailey, # 11 Exhibit 11 – Declaration of Dr. Steven K. Green, # 12 Exhibit 12 – Expert Report of Dr. Steven K. Green)(Williams, John) (Entered: 06/12/2025) |
| 06/12/2025 | 9 | MEMORANDUM BRIEF in Support of 8 MOTION for Preliminary Injunction by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Williams, John) (Entered: 06/12/2025) |
| 06/12/2025 | 10 | NOTICE by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella *of Constitutional Challenge to State Statute Pursuant to Fed. R. Civ. P. 5.1* (Williams, John) (Entered: 06/12/2025) |
| 06/13/2025 | 11 | NOTICE of Appearance by Jonathan Youngwood on behalf of Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Youngwood, Jonathan) (Entered: 06/13/2025) |
| 06/13/2025 | 12 | MOTION for Attorney Heather L. Weaver to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC–3200083) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Weaver, Heather) (Entered: 06/13/2025) |
| 06/13/2025 | 13 | **TEXT ONLY ORDER GRANTING 12 Motion to Appear Pro Hac Vice. HEATHER L. WEAVER appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 13, 2025. (slc) (Entered: 06/13/2025)** |
| 06/13/2025 | 14 | MOTION for Attorney Amy Tai to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC–3200132) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, |

| | | |
|---|---|---|
| | | Talara Taylor, Carol Vella. (Tai, Amy) (Entered: 06/13/2025) |
| 06/13/2025 | 15 | AFFIDAVIT of Service for Summons, Complaint, Preliminary Injunction Motion with Exhibits, Brief in Support of Preliminary Injunction, Rule 5.1 Notice, filed by All Plaintiffs. Bentonville School District No. 6 served on 6/12/2025, answer due 7/3/2025. (Williams, John) (Entered: 06/13/2025) |
| 06/13/2025 | 16 | AFFIDAVIT of Service for Summons, Complaint, Preliminary Injunction Motion with Exhibits, Brief in Support of Preliminary Injunction, Rule 5.1 Notice, filed by All Plaintiffs. Siloam Springs School District No. 21 served on 6/12/2025, answer due 7/3/2025. (Williams, John) (Entered: 06/13/2025) |
| 06/13/2025 | 17 | AFFIDAVIT of Service for Summons, Complaint, Preliminary Injunction Motion with Exhibits, Brief in Support of Preliminary Injunction, Rule 5.1 Notice, filed by All Plaintiffs. Fayetteville School District No. 1 served on 6/13/2025, answer due 7/7/2025. (Williams, John) (Entered: 06/13/2025) |
| 06/13/2025 | 18 | AFFIDAVIT of Service for Summons, Complaint, Preliminary Injunction Motion with Exhibits, Brief in Support of Preliminary Injunction, Rule 5.1 Notice, filed by All Plaintiffs. Springdale School District No. 50 served on 6/13/2025, answer due 7/7/2025. (Williams, John) (Entered: 06/13/2025) |
| 06/13/2025 | 19 | **TEXT ONLY ORDER GRANTING 14 Motion to Appear Pro Hac Vice. AMY TAI appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 13, 2025. (slc) (Entered: 06/13/2025)** |
| 06/13/2025 | 20 | MOTION for Attorney Alex J. Luchenitser to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC−3200166) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Luchenitser, Alex) (Entered: 06/13/2025) |
| 06/13/2025 | 21 | MOTION for Attorney Janet A. Gochman to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC−3200183) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Gochman, Janet) (Entered: 06/13/2025) |
| 06/16/2025 | 22 | **TEXT ONLY ORDER GRANTING 20 Motion to Appear Pro Hac Vice. ALEX J. LUCHENITSER appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 16, 2025. (slc) (Entered: 06/16/2025)** |
| 06/16/2025 | 23 | **TEXT ONLY ORDER GRANTING 21 Motion to Appear Pro Hac Vice. JANET A. GOCHMAN appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 16, 2025. (slc) (Entered: 06/16/2025)** |
| 06/16/2025 | 24 | MOTION for Attorney Jess Zalph to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC−3200447) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Zalph, Jessica) (Entered: 06/16/2025) |
| 06/16/2025 | 25 | NOTICE of Appearance by Shelby Howlett Shroff on behalf of All Plaintiffs. (Shroff, Shelby) (Entered: 06/16/2025) |
| 06/16/2025 | 26 | MOTION for Attorney Daniel Mach to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC−3200469) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane |

| | | |
|---|---|---|
| | | Taylor, Talara Taylor, Carol Vella. (Mach, Daniel) (Entered: 06/16/2025) |
| 06/16/2025 | 27 | MOTION for Attorney Patrick Elliott to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC−3200487) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Elliott, Patrick) (Entered: 06/16/2025) |
| 06/16/2025 | 28 | MOTION for Attorney Nancy Noet to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC−3200498) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Noet, Nancy) (Entered: 06/16/2025) |
| 06/16/2025 | 29 | **TEXT ONLY ORDER GRANTING 24 Motion to Appear Pro Hac Vice. JESS ZALPH appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 16, 2025. (slc) (Entered: 06/16/2025)** |
| 06/16/2025 | 30 | **TEXT ONLY ORDER GRANTING 26 Motion to Appear Pro Hac Vice. DANIEL MACH appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 16, 2025. (slc) (Entered: 06/16/2025)** |
| 06/16/2025 | 31 | **TEXT ONLY ORDER GRANTING 27 Motion to Appear Pro Hac Vice. PATRICK ELLIOTT appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 16, 2025. (slc) (Entered: 06/16/2025)** |
| 06/16/2025 | 32 | **TEXT ONLY ORDER GRANTING 28 Motion to Appear Pro Hac Vice. NANCY NOET appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 16, 2025. (slc) (Entered: 06/16/2025)** |
| 06/16/2025 | 33 | MOTION for Attorney Samuel Grover to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number BARWDC−3200562) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Grover, Samuel) (Entered: 06/16/2025) |
| 06/16/2025 | 34 | **TEXT ONLY ORDER GRANTING 33 Motion to Appear Pro Hac Vice. SAMUEL GROVER appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 16, 2025. (slc) (Entered: 06/16/2025)** |
| 06/16/2025 | 35 | MOTION for Attorney Jordan T. Krieger to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC−3200629) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Krieger, Jordan) (Entered: 06/16/2025) |
| 06/16/2025 | 36 | **TEXT ONLY ORDER GRANTING 35 Motion to Appear Pro Hac Vice. JORDAN T. KRIEGER appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 16, 2025. (slc) (Entered: 06/16/2025)** |
| 06/16/2025 | 37 | MOTION for Attorney Noah B. Gimbel to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC−3200703) by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Gimbel, Noah) (Entered: 06/16/2025) |
| 06/16/2025 | 38 | **TEXT ONLY ORDER GRANTING 37 Motion to Appear Pro Hac Vice. NOAH B. GIMBEL appearing for PLAINTIFFS. Signed by Honorable Timothy L. Brooks on June 16, 2025. (slc) (Entered: 06/16/2025)** |
| 06/17/2025 | 39 | MOTION to Intervene by Tim Griffin, State of Arkansas. (tls) (Entered: 06/17/2025) |

| 06/17/2025 | 40 | MEMORANDUM BRIEF in Support by Tim Griffin, State of Arkansas. (tls) (Entered: 06/17/2025) |
|---|---|---|
| 06/18/2025 | 41 | NOTICE by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella re 39 MOTION to Intervene *(Non−Opposition to Intervention)* (Williams, John) (Entered: 06/18/2025) |
| 06/18/2025 | 42 | **TEXT ONLY ORDER granting 39 Motion to Intervene. Signed by Honorable Timothy L. Brooks on June 18, 2025. (ee) (Entered: 06/18/2025)** |
| 06/23/2025 | 43 | **TEXT ONLY ORDER SETTING EXPEDITED BRIEFING SCHEDULE on 8 MOTION for Preliminary Injunction filed by Plaintiffs on June 12, 2025. Defendants' responses to the Motion are due on July 2, 2025. Plaintiffs' Reply is due on July 9, 2025. A hearing on the motion will be set by separate order. Signed by Honorable Timothy L. Brooks on June 23, 2025. (ee) (Entered: 06/23/2025)** |
| 06/23/2025 | 44 | **TEXT ONLY ORDER Setting Hearing on 8 MOTION for Preliminary Injunction: Motion Hearing set for 7/18/2025 09:30 AM in Fayetteville −− 5th flr (Rm 509) before Honorable Timothy L. Brooks. Signed by Honorable Timothy L. Brooks on June 23, 2025. (slc) (Entered: 06/23/2025)** |
| 06/24/2025 | 45 | NOTICE by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella *of Supplemental Authority* (Attachments: # 1 Roake v. Brumley opinion)(Williams, John) (Entered: 06/24/2025) |
| 06/24/2025 | 46 | NOTICE of Appearance by Katherine Church Campbell on behalf of All Defendants. (Campbell, Katherine) (Entered: 06/24/2025) |
| 06/24/2025 | 47 | NOTICE of Appearance by Marshall S. Ney on behalf of All Defendants. (Ney, Marshall) (Entered: 06/24/2025) |
| 06/24/2025 | 48 | NOTICE of Appearance by Sarah Paige Smith on behalf of All Defendants. (Smith, Sarah) (Entered: 06/24/2025) |
| 07/02/2025 | 49 | MOTION to Dismiss for Lack of Jurisdiction by Bentonville School District No. 6, Fayetteville School District No. 1, Siloam Springs School District No. 21, Springdale School District No. 50. (Ney, Marshall) (Entered: 07/02/2025) |
| 07/02/2025 | 50 | MEMORANDUM BRIEF in Support of 49 MOTION to Dismiss for Lack of Jurisdiction by Bentonville School District No. 6, Fayetteville School District No. 1, Siloam Springs School District No. 21, Springdale School District No. 50. (Ney, Marshall) (Entered: 07/02/2025) |
| 07/02/2025 | 51 | RESPONSE IN OPPOSITION TO Motion re 8 MOTION for Preliminary Injunction filed by Bentonville School District No. 6, Fayetteville School District No. 1, Siloam Springs School District No. 21, Springdale School District No. 50. (Ney, Marshall) (Entered: 07/02/2025) |
| 07/02/2025 | 52 | MOTION to Dismiss for Lack of Jurisdiction by Tim Griffin, State of Arkansas. (Attachments: # 1 Exhibit Roake Order Withholding Issuance of Mandate, # 2 Exhibit Roake Letter Directing Petition Response, # 3 Exhibit Stone Newspaper Articles)(Watson, Noah) (Entered: 07/02/2025) |

| 07/02/2025 | 53 | RESPONSE IN OPPOSITION TO Motion re 8 MOTION for Preliminary Injunction *and Brief in Support of Motion to Dismiss* filed by Tim Griffin, State of Arkansas. (Watson, Noah) (Entered: 07/02/2025) |
|---|---|---|
| 07/02/2025 | 54 | MOTION in Limine *to Exclude Expert Report and Testimony* by Tim Griffin, State of Arkansas. (Watson, Noah) (Entered: 07/02/2025) |
| 07/02/2025 | 55 | MEMORANDUM BRIEF in Support of 54 MOTION in Limine *to Exclude Expert Report and Testimony* by Tim Griffin, State of Arkansas. (Watson, Noah) (Entered: 07/02/2025) |
| 07/08/2025 | 56 | NOTICE of Appearance by Hiram Stanley Sasser, III on behalf of Mark David Hall. (Sasser, Hiram) (Entered: 07/08/2025) |
| 07/08/2025 | 57 | MOTION for Leave to *File Brief of Amicus Curiae* by Mark David Hall. (Attachments: # 1 Brief of Amicus Curiae Professor Mark David Hall In Support Of Defendants)(Sasser, Hiram) (Entered: 07/08/2025) |
| 07/09/2025 | 58 | RESPONSE IN OPPOSITION TO Motion re 52 MOTION to Dismiss for Lack of Jurisdiction , 49 MOTION to Dismiss for Lack of Jurisdiction *AND REPLY to Response to Motion re 8 MOTION for Preliminary Injunction* filed by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Attachments: # 1 Declaration of Nicholas J. Prendergast)(Youngwood, Jonathan) . (Attachment 1 replaced on 7/10/2025) (src). (Entered: 07/09/2025) |
| 07/16/2025 | 59 | NOTICE of Appearance by Autumn Hamit Patterson on behalf of Tim Griffin. (Patterson, Autumn) (Entered: 07/16/2025) |
| 07/16/2025 | 60 | RESPONSE IN OPPOSITION TO Motion re 54 MOTION in Limine *to Exclude Expert Report and Testimony* filed by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Williams, John) (Entered: 07/16/2025) |
| 07/16/2025 | 61 | MOTION for Leave to *File Reply Brief in Support of Motion to Dismiss* by Tim Griffin. (Attachments: # 1 Exhibit)(Patterson, Autumn) (Entered: 07/16/2025) |
| 07/16/2025 | 62 | **TEXT ONLY ORDER granting 61 Motion for Leave. Signed by Honorable Timothy L. Brooks on July 16, 2025. (ee) (Entered: 07/16/2025)** |
| 07/17/2025 | 63 | RESPONSE IN OPPOSITION TO Motion re 57 MOTION for Leave to *File Brief of Amicus Curiae* filed by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Williams, John) (Entered: 07/17/2025) |
| 07/17/2025 | 64 | **ORDER denying 54 Motion in Limine to Exclude the Expert Report and Testimony of Plaintiffs Expert Steven Green, J.D., Ph.D. Signed by Honorable Timothy L. Brooks on July 17, 2025. (mbm) (Entered: 07/17/2025)** |
| 07/18/2025 | 65 | REPLY to Response to Motion re 52 MOTION to Dismiss for Lack of Jurisdiction filed by Tim Griffin, State of Arkansas. (Purvis, Laura) (Entered: 07/18/2025) |
| 07/18/2025 | 66 | Minute Entry for proceedings held before Honorable Timothy L. Brooks: Motion Hearing held on 7/18/2025. (Rebecca Ross–Court Reporter)(Proceedings held in Fayetteville–Room 509) (slc) (Entered: 07/18/2025) |
| 07/22/2025 | 67 | |

| | | |
|---|---|---|
| | | **TEXT ONLY ORDER granting 57 Motion for Leave to File Amicus Brief. Signed by Honorable Timothy L. Brooks on July 22, 2025. (ee) (Entered: 07/22/2025)** |
| 07/31/2025 | 68 | NOTICE OF FILING OFFICIAL TRANSCRIPT of Preliminary Injunction held on July 18, 2025, before Judge Timothy L. Brooks. Court Reporter/Transcriber: Rebecca Ross, Telephone number Rebecca_Ross@arwd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber. After the Release of Transcript Restriction deadline, it, or a redacted transcript, may be obtained through the Court Reporter/Transcriber or PACER A Notice of Intent to Request Redaction of the Transcript MUST be filed within **7 calendar days** of the filing of the transcript and served manually on the court reporter/transcriber. Redaction Request due 8/21/2025. Redacted Transcript Deadline set for 9/2/2025. Release of Transcript Restriction set for 10/29/2025. (rcr) (Entered: 07/31/2025) |
| 08/01/2025 | 69 | NOTICE by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella (Attachments: # 1 Exhibit 1 – Facebook Video Screenshot, # 2 Exhibit 2 – Donation Photo)(Williams, John) (Entered: 08/01/2025) |
| 08/02/2025 | 70 | NOTICE by Bentonville School District No. 6, Fayetteville School District No. 1, Siloam Springs School District No. 21, Springdale School District No. 50 (Ney, Marshall) (Entered: 08/02/2025) |
| 08/04/2025 | 71 | **MEMORANDUM OPINION AND ORDER DENYING 49 Motion to Dismiss for Lack of Jurisdiction; DENYING 52 Motion to Dismiss for Lack of Jurisdiction; and GRANTING 8 Motion for Preliminary Injunction. The Defendant School Districts are PRELIMINARILY ENJOINED from complying with Act 573 of 2025 pending a final disposition of the issues on the merits. Signed by Honorable Timothy L. Brooks on August 4, 2025. (Brooks, Timothy) (Entered: 08/04/2025)** |
| 08/11/2025 | 72 | JOINT Exhibit List – Hearing held on July 18, 2025. Original exhibits returned to counsel at the conclusion of the hearing. (slc) (Entered: 08/11/2025) |
| 08/14/2025 | 73 | ANSWER to 2 Complaint, with Jury Demand by Bentonville School District No. 6, Fayetteville School District No. 1, Siloam Springs School District No. 21, Springdale School District No. 50.(Campbell, Katherine) (Entered: 08/14/2025) |
| 08/14/2025 | 74 | MOTION for Extension of Time to File *Petition for Attorney's Fees* by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Williams, John) (Entered: 08/14/2025) |
| 08/15/2025 | 75 | RESPONSE by Tim Griffin, State of Arkansas re 74 MOTION for Extension of Time to File *Petition for Attorney's Fees* . (Watson, Noah) (Entered: 08/15/2025) |
| 08/15/2025 | 76 | **TEXT ONLY ORDER granting 74 Motion for Extension of Time to File. IT IS ORDERED that any fee petition in this case is not due until fourteen days after entry of final judgment. Signed by Honorable Timothy L. Brooks on August 15, 2025. (ee) (Entered: 08/15/2025)** |
| 08/18/2025 | 77 | ANSWER to 2 Complaint, with Jury Demand by Tim Griffin, State of Arkansas.(Purvis, Laura) (Entered: 08/18/2025) |

| | | |
|---|---|---|
| 08/22/2025 | 78 | NOTICE OF APPEAL as to 71 Order on Motion to Dismiss/Lack of Jurisdiction,,,, Order on Motion for Preliminary Injunction, by Tim Griffin, State of Arkansas. Filing fee $ 605, receipt number AARWDC−3235604. (Watson, Noah) (Entered: 08/22/2025) |
| 08/22/2025 | 79 | MOTION for Leave to *Amend Complaint* by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Attachments: # 1 Proposed Amended Complaint (Clean), # 2 Proposed Amended Complaint (Redlined), # 3 Letter to Superintendents)(Williams, John) (Entered: 08/22/2025) |
| 08/22/2025 | 80 | MOTION to Expedite Response to Motion for Leave to Amend Complaint re 79 MOTION for Leave to *Amend Complaint* by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Williams, John) (Entered: 08/22/2025) |
| 08/22/2025 | 81 | RESPONSE IN OPPOSITION TO Motion re 80 MOTION to Expedite Response to Motion for Leave to Amend Complaint re 79 MOTION for Leave to *Amend Complaint* filed by Tim Griffin, State of Arkansas. (Watson, Noah) (Entered: 08/22/2025) |
| 08/23/2025 | 82 | REPLY to Response to Motion re 80 MOTION to Expedite Response to Motion for Leave to Amend Complaint re 79 MOTION for Leave to *Amend Complaint* filed by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Entered: 08/23/2025) |
| 08/24/2025 | 83 | **TEXT ONLY ORDER granting 80 Motion for Leave to File Expedited Response. The State's response to Plaintiffs' Motion for Leave to File Amended Complaint is due by 5 p.m. CDT on Monday, August 25, 2025. Signed by Honorable Timothy L. Brooks on August 24, 2025. (ee) (Entered: 08/24/2025)** |
| 08/25/2025 | 84 | RESPONSE IN OPPOSITION TO Motion re 79 MOTION for Leave to *Amend Complaint* filed by Tim Griffin, State of Arkansas. (Watson, Noah) (Entered: 08/25/2025) |
| 08/26/2025 | 85 | REPLY to Response to Motion re 79 MOTION for Leave to *Amend Complaint* filed by Joseph Armendariz, Leah Bailey, Stephen Caldwell, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Williams, John) (Entered: 08/26/2025) |
| 08/27/2025 | 86 | **OPINION AND ORDER granting in part and denying in part 79 Motion for Leave to Amend. Plaintiffs are directed to file the proposed pleading attached to their Motion as a supplemental complaint under Rule 15(d), rather than an amended complaint under Rule 15(a). Signed by Honorable Timothy L. Brooks on August 27, 2025. (ria) (Entered: 08/27/2025)** |
| 08/28/2025 | 87 | SUPPLEMENTAL COMPLAINT as to 2 Complaint, against Bentonville School District No. 6, Conway School District No. 1, Fayetteville School District No. 1, Siloam Springs School District No. 21, Springdale School District No. 50, filed by Shane Taylor, Joseph Armendariz, Dan Rix, Kyle Berry, Leah Bailey, Samantha Stinson, Carol Vella, Julee Jaeger, Jonathan Stinson, Talara Taylor, April Christine Berry, Stephen Caldwell.(mbm) (Main Document 87 replaced on 8/29/2025 with Corrected Supplemental Complaint, per TOO 100) (mbm). (Entered: 08/28/2025) |

| | | |
|---|---|---|
| 08/28/2025 | 88 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.**<br><br>Summons Requested as to Conway School District No. 1 for service of the following document: 87 Supplemental Complaint,. (Williams, John) (Entered: 08/28/2025) |
| 08/28/2025 | 89 | **THE DOCUMENT IS RESTRICTED TO COURT USERS AND CASE PARTICIPANTS.**<br><br>Summons Issued as to Conway School District No. 1 and returned to attorney or plaintiff for service.<br><br>**YOU MUST PRINT THIS ISSUED SUMMONS, WHICH IS THE MAIN DOCUMENT. PAPER COPIES WILL NOT BE MAILED.**<br><br>(mbm) (Entered: 08/28/2025) |
| 08/28/2025 | 90 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction by April Christine Berry, Kyle Berry, Julee Jaeger. (Attachments: # 1 Exhibit 1 – Julee Jaeger Declaration, # 2 Exhibit 2– April Christine Berry Declaration, # 3 Exhibit 3 – Kyle Berry Declaration)(Williams, John) (Entered: 08/28/2025) |
| 08/28/2025 | 91 | MEMORANDUM BRIEF in Support of 90 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction by April Christine Berry, Kyle Berry, Julee Jaeger. (Williams, John) (Entered: 08/28/2025) |
| 08/28/2025 | 92 | SUMMONS Returned Executed by Shane Taylor, Joseph Armendariz, Dan Rix, Kyle Berry, Leah Bailey, Samantha Stinson, Carol Vella, Julee Jaeger, Jonathan Stinson, Talara Taylor, April Christine Berry, Stephen Caldwell. Conway School District No. 1 served on 8/28/2025, answer due 9/18/2025. (mbm) (Entered: 08/28/2025) |
| 08/28/2025 | 93 | **ORDER granting 90 Motion for Temporary Restraining Order but HELD IN ABEYANCE as to the request for preliminary injunction. By no later than September 8, 2025, Defendants and Intervenor may submit briefing to address why the existing preliminary injunction should not be modified to include Defendant Conway School District Number 1. IT IS FURTHER ORDERED that Conway School District Number 1 and its officers, agents, affiliates, subsidiaries, servants, employees, successors, and all other persons or entities in active concert or privity or participation with it are TEMPORARILY ENJOINED from enforcing Act 573. All posters displaying the Ten Commandments in compliance with Act 573 must be REMOVED from all classrooms and libraries by no later than 5:00 P.M., tomorrow, August 29, 2025.** *See order for further specifics.* **Signed by Honorable Timothy L. Brooks on August 28, 2025. (ria) (Entered: 08/28/2025)** |
| 08/29/2025 | 94 | PHASE I – CASE MANAGEMENT ORDER (see Order for deadlines). Signed by Honorable Timothy L. Brooks on August 29, 2025. (slc) (Entered: 08/29/2025) |
| 08/29/2025 | 95 | NOTICE of Appearance by Jay Bequette, Jr on behalf of Conway School District No. 1. (Bequette, Jay) (Entered: 08/29/2025) |
| 08/29/2025 | 96 | NOTICE of Appearance by William Cody Kees on behalf of Conway School District No. 1. (Kees, William) (Entered: 08/29/2025) |
| 08/29/2025 | 97 | NOTICE of Appearance by Phillip M. Brick, Jr on behalf of Conway School District No. 1. (Brick, Phillip) (Entered: 08/29/2025) |

| 08/29/2025 | 98 | NOTICE of Appearance by Shastady R Wagner on behalf of Conway School District No. 1. (Wagner, Shastady) (Entered: 08/29/2025) |
|---|---|---|
| 08/29/2025 | 99 | MOTION to Amend/Correct 87 Supplemental Complaint, by Joseph Armendariz, Leah Bailey, April Christine Berry, Kyle Berry, Stephen Caldwell, Julee Jaeger, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Attachments: # 1 Corrected Supplemental Complaint)(Williams, John) (Entered: 08/29/2025) |
| 08/29/2025 | 100 | **TEXT ONLY ORDER granting 99 Motion to Amend/Correct Supplemental Complaint. Plaintiffs are directed to submit to the clerk's office the corrected Supplemental Complaint, which will then be substituted for the version currently filed at ECF No. 87. Signed by Honorable Timothy L. Brooks on August 29, 2025. (ee) Modified on 8/29/2025 (mbm). (Entered: 08/29/2025)** |
| 08/29/2025 | 101 | **AMENDED PHASE I CASE MANAGEMENT ORDER (See Order for deadlines). Signed by Honorable Timothy L. Brooks on August 29, 2025. (mbm) (Entered: 08/29/2025)** |
| 09/02/2025 | 102 | NOA SUPPLEMENT FORM re 78 Notice of Appeal (atty) filed by Tim Griffin, State of Arkansas. (ria) (Entered: 09/02/2025) |
| 09/02/2025 | 103 | USCA Scheduling Order as to 78 Notice of Appeal (atty) filed by Tim Griffin, State of Arkansas. Case Appealed to 8th Circuit Court of Appeals Case Number 25−2713. Transcript due by 10/14/2025. (Attachments: # 1 8USCA Letter)(ria) (Entered: 09/02/2025) |
| 09/02/2025 | 104 | RESPONSE IN OPPOSITION TO Motion re 90 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Bentonville School District No. 6, Fayetteville School District No. 1, Siloam Springs School District No. 21, Springdale School District No. 50. (Ney, Marshall) (Entered: 09/02/2025) |
| 09/08/2025 | 105 | RESPONSE IN OPPOSITION TO Motion re 90 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *and Notice of Adoption* filed by Conway School District No. 1. (Bequette, Jay) (Entered: 09/08/2025) |
| 09/08/2025 | 106 | MEMORANDUM BRIEF in Support of 105 Response to Motion by Conway School District No. 1. (Bequette, Jay) (Entered: 09/08/2025) |
| 09/08/2025 | 107 | RESPONSE IN OPPOSITION TO Motion re 90 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Tim Griffin, State of Arkansas. (Attachments: # 1 Exhibit Preliminary Injunction Hearing Transcript Excerpt)(Purvis, Laura) (Entered: 09/08/2025) |
| 09/09/2025 | 108 | TRANSMITTAL SHEET re 78 Notice of Appeal (atty) filed by Tim Griffin, State of Arkansas to 8USCA via Fed Ex, tracking number: 8842 3802 4045. (ria) (Entered: 09/09/2025) |
| 09/09/2025 | 109 | REPLY to Response to Motion re 90 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by April Christine Berry, Kyle Berry, Julee Jaeger. (Attachments: # 1 Noet Declaration)(Williams, John) (Entered: 09/09/2025) |
| 09/10/2025 | 110 | ANSWER to 87 Supplemental Complaint,, by Bentonville School District No. 6, Fayetteville School District No. 1, Siloam Springs School District No. 21, Springdale School District No. 50.(Campbell, Katherine) (Entered: 09/10/2025) |

| 09/10/2025 | 111 | **ORDER granting 90 Motion for Preliminary Injunction and CONVERTING 93 TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION which shall remain in effect until this matter is decided on the merits. *See Order for specifics*. Further, to the extent Conway School District Number 1 moves to dismiss due to lack of ripeness and standing, the motion is DENIED. Conway School District Number 1's answer is due by September 24, 2025. Signed by Honorable Timothy L. Brooks on September 10, 2025. (mbm) (Entered: 09/10/2025)** |
|---|---|---|
| 09/10/2025 | 112 | ANSWER to 87 Supplemental Complaint,, by Conway School District No. 1.(Bequette, Jay) (Entered: 09/10/2025) |
| 09/11/2025 | 113 | ANSWER to 87 Supplemental Complaint,, by Tim Griffin, State of Arkansas.(Purvis, Laura) (Entered: 09/11/2025) |
| 09/22/2025 | 114 | MOTION to Extend *Deadlines in the Amended Phase I Case Management Order* by Tim Griffin, State of Arkansas. (Purvis, Laura) (Entered: 09/22/2025) |
| 09/22/2025 | 115 | MOTION to Stay *Proceedings Pending Appeal* by Tim Griffin, State of Arkansas. (Purvis, Laura) (Entered: 09/22/2025) |
| 09/22/2025 | 116 | MEMORANDUM BRIEF in Support of 115 MOTION to Stay *Proceedings Pending Appeal* by Tim Griffin, State of Arkansas. (Purvis, Laura) (Entered: 09/22/2025) |
| 09/23/2025 | 117 | NOTICE OF APPEAL as to 111 Order on Motion for Preliminary Injunction,, by Tim Griffin, State of Arkansas. Filing fee $ 605, receipt number AARWDC−3250652. (Purvis, Laura) (Entered: 09/23/2025) |
| 09/24/2025 | 118 | NOA SUPPLEMENT FORM re 117 Notice of Appeal (atty) filed by Tim Griffin, State of Arkansas. (ria) (Entered: 09/24/2025) |
| 09/26/2025 | 119 | 8USCA Case Number 25−2894, 8th Circuit Court of Appeals for 117 Notice of Appeal (atty) filed by Tim Griffin, State of Arkansas. (ria) (Entered: 09/26/2025) |
| 09/26/2025 | 120 | 8USCA Consolidated Appeal Briefing Schedule Order as to 117 Notice of Appeal filed by Tim Griffin, State of Arkansas and 78 Notice of Appeal filed by Tim Griffin, State of Arkansas. Case Appealed to 8th Circuit Court of Appeals Case Number 25−2894, 25−2713. (ria) (Entered: 09/26/2025) |
| 10/02/2025 | 121 | NOTICE by Mark David Hall re 67 Order on Motion for Leave *filing Brief of Amicus Curiae Professor Mark David Hall in Support of Defendants* (Sasser, Hiram) (Entered: 10/02/2025) |
| 10/02/2025 | 122 | **ORDER DENYING 114 Motion to Extend Deadlines and DENYING 115 Motion to Stay Proceedings Pending Appeal. Signed by Honorable Timothy L. Brooks on October 2, 2025. (slc) (Entered: 10/02/2025)** |
| 10/14/2025 | 123 | MOTION to Supplement *Complaint* by Joseph Armendariz, Leah Bailey, April Christine Berry, Kyle Berry, Stephen Caldwell, Julee Jaeger, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Attachments: # 1 Proposed Second Supplemental Complaint, # 2 Redlined Version of Proposed Second Supplemental Complaint, # 3 August 5 letter, # 4 August 29 letter)(Williams, John) (Entered: 10/14/2025) |
| 10/14/2025 | 124 | MOTION to Expedite Response to Motion for Leave to Supplement Complaint re 123 MOTION to Supplement *Complaint* by Joseph Armendariz, Leah Bailey, April |

| | | Christine Berry, Kyle Berry, Stephen Caldwell, Julee Jaeger, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Williams, John) (Entered: 10/14/2025) |
|---|---|---|
| 10/15/2025 | 125 | **TEXT ONLY ORDER granting in part and denying in part Motion for Expedited Response 124 to Motion for Leave to Supplement Complaint 123 . Defendants and Intervenors are ordered to file an expedited response to the Motion for Leave, if desired, by 5 p.m. CDT on Monday, October 20, 2025. Signed by Chief District Judge Timothy L Brooks on October 15, 2025. (ee) (Entered: 10/15/2025)** |
| 10/20/2025 | 126 | MOTION for Attorney Griselda Cabrera to Appear Pro Hac Vice (PHV Application fee paid $ 100; receipt number AARWDC−3262870) by Joseph Armendariz, Leah Bailey, April Christine Berry, Kyle Berry, Stephen Caldwell, Julee Jaeger, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Cabrera, Griselda) (Entered: 10/20/2025) |
| 10/20/2025 | 127 | RESPONSE IN OPPOSITION TO Motion re 123 MOTION to Supplement *Complaint STATE OF ARKANSAS'S EXPEDITED RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT* filed by Tim Griffin, State of Arkansas. (Watson, Noah) (Entered: 10/20/2025) |
| 10/20/2025 | 128 | **TEXT ONLY ORDER GRANTING 126 Motion to Appear Pro Hac Vice. GRISELDA CABRERA appearing for PLAINTIFFS. Signed by Chief District Judge Timothy L Brooks on October 20, 2025. (slc) (Entered: 10/20/2025)** |
| 10/21/2025 | 129 | REPLY to Response to Motion re 123 MOTION to Supplement *Complaint* filed by Joseph Armendariz, Leah Bailey, April Christine Berry, Kyle Berry, Stephen Caldwell, Julee Jaeger, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Youngwood, Jonathan) (Entered: 10/21/2025) |
| 10/22/2025 | 130 | **ORDER granting 123 Motion to Supplement Complaint. Signed by Chief District Judge Timothy L Brooks on October 22, 2025. (ria) (Entered: 10/22/2025)** |
| 10/23/2025 | 131 | SECOND SUPPLEMENTAL COMPLAINT as to 87 Supplemental Complaint,, against Bentonville School District No. 6, Conway School District No. 1, Fayetteville School District No. 1, Lakeside School District No. 9, Siloam Springs School District No. 21, Springdale School District No. 50, filed by Shane Taylor, Joseph Armendariz, Dan Rix, Kyle Berry, Leah Bailey, Samantha Stinson, Carol Vella, Julee Jaeger, Christine Benson, Jonathan Stinson, Talara Taylor, April Christine Berry, Stephen Caldwell. Related document: 87 Supplemental Complaint,, filed by Julee Jaeger, Carol Vella, Kyle Berry, April Christine Berry, Leah Bailey, Stephen Caldwell, Jonathan Stinson, Samantha Stinson, Joseph Armendariz, Talara Taylor, Dan Rix, Shane Taylor.(tls) (Entered: 10/23/2025) |
| 10/23/2025 | 132 | **THE DOCUMENT IS RESTRICTED TO COURT USERS.**<br><br>Summons Requested as to Lakeside School District No. 9 for service of the following document: 131 Supplemental Complaint,,,.. (Williams, John) (Entered: 10/23/2025) |
| 10/23/2025 | 133 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction by Christine Benson. (Attachments: # 1 Benson Declaration)(Williams, John) (Entered: 10/23/2025) |

| 10/23/2025 | 134 | MEMORANDUM BRIEF in Support of 133 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction by Christine Benson. (Williams, John) (Entered: 10/23/2025) |
|---|---|---|
| 10/23/2025 | 135 | **THE DOCUMENT IS RESTRICTED TO COURT USERS AND CASE PARTICIPANTS.**<br><br>Summons Issued as to Lakeside School District No. 9 and returned to attorney or plaintiff for service.<br><br>**YOU MUST PRINT THIS ISSUED SUMMONS, WHICH IS THE MAIN DOCUMENT. PAPER COPIES WILL NOT BE MAILED.**<br><br>(tls) (Entered: 10/23/2025) |
| 10/24/2025 | 136 | SUMMONS Returned Executed by Christine Benson. Lakeside School District No. 9 served on 10/23/2025, answer due 11/13/2025. (Williams, John) (Entered: 10/24/2025) |
| 10/24/2025 | 137 | **ORDER granting 133 Motion for Temporary Restraining Order and/or Preliminary Injunction as to the request for a temporary restraining order but HELD IN ABEYANCE as to the request for preliminary injunction. By no later than November 3, 2025, Defendants and Intervenor may submit briefing to address why the existing preliminary injunction should not be modified to include Defendant Lakeside School District No. 9. IT IS FURTHER ORDERED that Lakeside School District No. 9 and its officers, agents, affiliates, subsidiaries, servants, employees, successors, and all other persons or entities in active concert or privity or participation with it are TEMPORARILY ENJOINED from complying with Act 573. All posters displaying the Ten Commandments in compliance with Act 573 must be REMOVED from all classrooms and libraries by no later than 5:00 P.M., Monday, October 27, 2025. Signed by Chief District Judge Timothy L Brooks on October 24, 2025. (mbm) (Entered: 10/24/2025)** |
| 10/29/2025 | 138 | JOINT REPORT of Rule 26(f) Planning Meeting by Joseph Armendariz, Leah Bailey, Christine Benson, April Christine Berry, Kyle Berry, Stephen Caldwell, Julee Jaeger, Dan Rix, Jonathan Stinson, Samantha Stinson, Shane Taylor, Talara Taylor, Carol Vella. (Williams, John) (Entered: 10/29/2025) |
| 11/03/2025 | 139 | NOTICE of Appearance by Jay Bequette, Jr on behalf of Lakeside School District No. 9. (Bequette, Jay) (Entered: 11/03/2025) |
| 11/03/2025 | 140 | NOTICE of Appearance by William Cody Kees on behalf of Lakeside School District No. 9. (Kees, William) (Entered: 11/03/2025) |
| 11/03/2025 | 141 | NOTICE of Appearance by Phillip M. Brick, Jr on behalf of Lakeside School District No. 9. (Brick, Phillip) (Entered: 11/03/2025) |
| 11/03/2025 | 142 | RESPONSE IN OPPOSITION TO Motion re 133 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Lakeside School District No. 9. (Bequette, Jay) (Entered: 11/03/2025) |
| 11/03/2025 | 143 | MEMORANDUM BRIEF in Support of 142 Response to Motion *for TRO* by Lakeside School District No. 9. (Bequette, Jay) (Entered: 11/03/2025) |

| | | |
|---|---|---|
| 11/03/2025 | 144 | ANSWER to 131 Supplemental Complaint,,, by Lakeside School District No. 9.(Bequette, Jay) (Entered: 11/03/2025) |
| 11/03/2025 | 145 | RESPONSE IN OPPOSITION TO Motion re 133 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *OPPOSITION TO THIRD SET OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION* filed by Tim Griffin, State of Arkansas. (Watson, Noah) (Entered: 11/03/2025) |
| 11/04/2025 | 146 | NOTICE of Appearance by Jonathan Youngwood on behalf of Christine Benson. (Youngwood, Jonathan) (Entered: 11/04/2025) |
| 11/04/2025 | 147 | REPLY to Response to Motion re 133 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by Christine Benson. (Attachments: # 1 Huffman Declaration)(Williams, John) (Entered: 11/04/2025) |
| 11/06/2025 | 148 | ANSWER to 131 Supplemental Complaint,,, by Tim Griffin, State of Arkansas.(Purvis, Laura) (Entered: 11/06/2025) |
| 11/10/2025 | 149 | **ORDER granting 133 Motion for Preliminary Injunction and converting Temporary Restraining Order to Preliminary Injunction. See Order for specifics. Signed by Chief District Judge Timothy L Brooks on November 10, 2025. (tmc) (Entered: 11/10/2025)** |
| 11/10/2025 | 150 | *** DISREGARD – WRONG EVENT USED BY ATTORNEY *** NOTICE by Tim Griffin, State of Arkansas re 149 Order on Motion for Preliminary Injunction *STATE OF ARKANSAS'S NOTICE OF APPEAL* (Watson, Noah) Modified on 11/19/2025 (tmc). (Entered: 11/10/2025) |
| 11/10/2025 | 153 | NOTICE OF APPEAL as to 149 Order on Motion for Preliminary Injunction by Tim Griffin, State of Arkansas. (tmc) (Entered: 11/19/2025) |
| 11/11/2025 | 151 | ANSWER to 131 Supplemental Complaint,,, by Bentonville School District No. 6, Fayetteville School District No. 1, Siloam Springs School District No. 21, Springdale School District No. 50.(Campbell, Katherine) (Entered: 11/11/2025) |
| 11/19/2025 | 152 | **PROTECTIVE ORDER. Signed by Chief District Judge Timothy L Brooks on November 19, 2025. (tls) (Entered: 11/19/2025)** |
| 11/19/2025 | | CLERK'S NOTICE REGARDING FILING FEE. The following document was received and filed without the appropriate filing fee: 153 Notice of Appeal. <br><br> **You MUST pay the filing fee of $ 605.00 or file a motion to proceed In Forma Pauperis, if appropriate, within 2 business days.** <br><br> If the proper fees or motion are not received for case initiating documents, your case may be subject to dismissal. <br><br> Present your payment to the appropriate Divisional Office or Pay Online, using the **Civil –> Other Documents –> Filing Fee Submitted** event. Filing Fee due by 11/21/2025 (tmc) (Entered: 11/19/2025) |
| 11/19/2025 | | Notice of Appeal filing fee paid re 153 Notice of Appeal : $ 605, receipt number AARWDC–3280289.. (Patterson, Autumn) (Entered: 11/19/2025) |
| 11/19/2025 | 154 | |

| | | NOA SUPPLEMENT FORM re <u>153</u> Notice of Appeal filed by Tim Griffin, State of Arkansas. (ria) (Entered: 11/19/2025) |
|---|---|---|

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SAMANTHA STINSON** *et al.*                                        **PLAINTIFFS**

**V.**                              **CASE NO. 5:25-CV-5127**

**FAYETTEVILLE SCHOOL DISTRICT NO. 1** *et al.*              **DEFENDANTS**

**AND**

**STATE OF ARKANSAS** *ex rel.* **TIM GRIFFIN,**
**ATTORNEY GENERAL**                                    **INTERVENOR**

## ORDER CONVERTING TEMPORARY RESTRAINING ORDER
## TO PRELIMINARY INJUNCTION

On October 22, 2025, the Court granted Plaintiffs' request for leave to file a second supplemental complaint under Federal Rule of Civil Procedure 15(d). *See* Doc. 130. The pleading (Doc. 131) was filed on October 23, adding Christine Benson and her minor child, B.B., as new plaintiffs and Lakeside School District No. 9 as a new defendant to this action. Also on October 23, Plaintiffs filed a Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 133) as to Lakeside School District No. 9. On October 24, the Court issued a temporary restraining order but held in abeyance Plaintiffs' request for a preliminary injunction. *See* Doc. 137. All Defendants and Intervenor the State of Arkansas were invited to submit further briefing on the preliminary injunction issue.

Of all the school district Defendants, only Lakeside filed a Response in Opposition to the Motion for Preliminary Injunction (Doc. 142)—stating only that it adopted and incorporated the arguments raised in Conway School District No. 1's Brief (Doc. 106) filed

on September 8. The Court already explained why Conway's arguments were either moot or nonsensical, *see* Doc. 111, p. 2 n.1, and the same reasoning applies to Lakeside.

The State of Arkansas also submitted a Brief (Doc. 145) urging the Court to reconsider its decision to enjoin the school districts' compliance with Arkansas Act 573. *See* Doc. 71. The State offers no new law to support its request for reconsideration. Further, the Court finds that new Plaintiffs Benson and B.B. are similarly situated to all other Plaintiffs in this case. Ms. Benson's Declaration (Doc. 133-1) establishes that Act 573's Ten Commandments displays are likely to substantially interfere with her ability to direct the religious upbringing of her child and to violate their First Amendment rights. The Court also rejects the State's request for a more tailored "bubble injunction" that would apply only to B.B.'s classrooms; such tailoring would be infeasible, unworkable, and inadequate to completely relieve the injury to Ms. Benson's and B.B.'s religious rights. *See* Doc. 71, pp. 33–34 & n.16; Doc. 147-1.

**IT IS THEREFORE ORDERED** that the portion of Plaintiffs' Motion for Preliminary Injunction (Doc. 133) that was held in abeyance is **GRANTED** insofar as the Temporary Restraining Order (Doc. 137) previously issued as to Separate Defendant Lakeside School District No. 9 and its officers, agents, affiliates, subsidiaries, servants, employees, and successors is **CONVERTED** to a Preliminary Injunction that shall remain in effect until this matter is decided on the merits.

**IT IS SO ORDERED** on this 10th day of November, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE

**United States District Court**
**Western District of Arkansas**
**Fayetteville Division**

| | |
|---|---|
| Samantha Stinson and Jonathan Stinson, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; Stephen Caldwell, on behalf of himself and on behalf of his minor child, W.C.; Joseph Armendariz, on behalf of himself and on behalf his minor children, M.A. and W.A.; Talara Taylor and Shane Taylor, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; Carol Vella, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; Daniel Rix, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; Leah Bailey, on behalf of herself and on behalf her minor children, C.T. and D.T.; Julee Jaeger, on behalf of herself and her minor child, U.J.; and April Christine Berry and Kyle Berry, on behalf of themselves and on behalf of their minor children, C.B. and K.B.; Christine Benson, on behalf of herself and her minor child, B.B., | Civil Action No. 5:25-cv-05127 |

*Plaintiffs*,

v.

Fayetteville School District No. 1; Springdale School District No. 50; Bentonville School District No. 6; Siloam Springs School District No. 21; Conway School District No. 1; and Lakeside School District No. 9,

*Defendants*,

State of Arkansas, *ex rel*. Tim Griffin, Attorney General,

*Intervenor*.

**THE STATE OF ARKANSAS'S NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, Intervenor State of Arkansas files this notice of appeal to the United States Court of Appeals for the Eighth Circuit from the district court's Order Converting Temporary Restraining Order to Preliminary Injunction, ECF No. 149, entered November 10, 2025.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:    Noah P. Watson
       Ark. Bar No. 2020251
       Deputy Solicitor General

       Arkansas Attorney General's Office
       101 West Capitol Avenue
       Little Rock, Arkansas 72201
       (501) 682-1019
       (501) 682-2591 fax
       noah.watson@arkansasag.gov

       *Counsel for State of Arkansas, ex rel.*
       *Tim Griffin, Attorney General*

1

# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  **FAYETTEVILLE DIVISION**

Civil Case No.:  **5:25-cv-05127-TLB**

Case Title:        **Stinson et al v. Fayetteville School District No. 1 et al**

Length of Trial:  N/A


Financial Status:    Fee Paid?                                    Yes


                        If NO, has IFP been granted?        N/A

                        Is there a pending motion for IFP?    No

Are there any other post-judgment motions?            No

Please identify the court reporter.

        If no court reporter, please check    ☐

        Name and Phone Number    Rebecca Ross (479) 695-4460
                                                    .

SPECIAL COMMENTS: