Nos. 25-2713, 25-2894, 25-3311

# United States Court of Appeals
# For the Eighth Circuit

SAMANTHA STINSON, *et al.*,
*Plaintiffs-Appellees,*

JULEE JAEGER, *et al.*,
*Plaintiffs-Appellees,*

CHRISTINE BENSON, *et al.*,
*Plaintiffs-Appellees,*

v.

FAYETTEVILLE SCHOOL DISTRICT NO. 1, *et al.*,
*Defendants,*

CONWAY SCHOOL DISTRICT, NO. 1,
*Defendant,*

LAKESIDE SCHOOL DISTRICT, NO. 9,
*Defendant,*

STATE OF ARKANSAS,
*Intervenor-Appellant.*

On Appeal from the United States District Court for the Western District of Arkansas, No. 5:25-cv-05127 (Hon. Timothy L. Brooks)

**Amended Statement of Issues on Appeal**

Pursuant to Federal Rule of Appellate Procedure 30(b), Intervenor-Appellant submits this statement of issues on appeal. The issues on appeal include whether Plaintiffs lack standing; whether Plaintiffs' claims are unripe; whether Plaintiffs failed to show likelihood of success on their Establishment Clause claim and Free

Exercise Clause claim, including due to the district court's erroneous evidentiary determinations; whether Plaintiffs failed to show the remaining preliminary-injunction factors weighed in their favor; whether the injunctions exceed the district court's equitable powers and are overbroad; and whether the district court had jurisdiction to issue the injunctions.

Respectfully submitted,

TIM GRIFFIN
Arkansas Attorney General

AUTUMN HAMIT PATTERSON
Solicitor General

LAURA PURVIS
Assistant Attorney General

OFFICE OF THE ARKANSAS
 ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-2007
autumn.patterson@arkansasag.gov
*Counsel for Intervenor-Appellant*

## Certificate of Service

I certify that on December 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which notifies any CM/ECF participants of the filing.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson