Nos. 25-2713, 25-2894, 25-3311

# United States Court of Appeals
# For the Eighth Circuit

SAMANTHA STINSON, *et al.*,
*Plaintiffs-Appellees,*

JULEE JAEGER, *et al.*,
*Plaintiffs-Appellees*,

CHRISTINE BENSON, *et al.*,
*Plaintiffs-Appellees*,

v.

FAYETTEVILLE SCHOOL DISTRICT NO. 1, *et al.*,
*Defendants,*

CONWAY SCHOOL DISTRICT, NO. 1,
*Defendant*,

LAKESIDE SCHOOL DISTRICT, NO. 9,
*Defendant*,

STATE OF ARKANSAS,
*Intervenor-Appellant.*

On Appeal from the United States District Court for the Western District of Arkansas, No. 5:25-cv-05127 (Hon. Timothy L. Brooks)

**Amended Designation of Record**

Pursuant to Federal Rule of Appellate Procedure 30(b), Intervenor-Appellant designates the entire district-court record as the record in this consolidated appeal.

Respectfully submitted,

TIM GRIFFIN
Arkansas Attorney General

AUTUMN HAMIT PATTERSON
Solicitor General

LAURA PURVIS
Assistant Attorney General

OFFICE OF THE ARKANSAS
 ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-2007
autumn.patterson@arkansasag.gov
*Counsel for Intervenor-Appellant*

## Certificate of Service

I certify that on December 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CMIECF system, which notifies any CM/ECF participants of the filing.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson