Nos. 25-2713, 25-2894, 25-3311

# United States Court of Appeals
# For the Eighth Circuit

SAMANTHA STINSON, *et al.*,
*Plaintiffs-Appellees,*

JULEE JAEGER, *et al.*,
*Plaintiffs-Appellees,*

CHRISTINE BENSON, *et al.*,
*Plaintiffs-Appellees,*

v.

FAYETTEVILLE SCHOOL DISTRICT NO. 1, *et al.*,
*Defendants,*

CONWAY SCHOOL DISTRICT, NO. 1,
*Defendant,*

LAKESIDE SCHOOL DISTRICT, NO. 9,
*Defendant,*

STATE OF ARKANSAS,
*Intervenor-Appellant.*

On Appeal from the United States District Court for the Western District of Arkansas, No. 5:25-cv-05127 (Hon. Timothy L. Brooks)

**Amended Notification of Method of Appendix Preparation**

Pursuant to Federal Rule of Appellate Procedure 30(b) and Eighth Circuit Local Rule 30A(b), Intervenor-Appellant respectfully states that counsel conferred with Appellees' counsel and that the parties agree to file a joint appendix in this consolidated appeal.

Respectfully submitted,

T<small>IM</small> G<small>RIFFIN</small>
Arkansas Attorney General

A<small>UTUMN</small> H<small>AMIT</small> P<small>ATTERSON</small>
Solicitor General

L<small>AURA</small> P<small>URVIS</small>
Assistant Attorney General

O<small>FFICE OF THE</small> A<small>RKANSAS</small>
 A<small>TTORNEY</small> G<small>ENERAL</small>
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-2007
autumn.patterson@arkansasag.gov
*Counsel for Intervenor-Appellant*

**CERTIFICATE OF SERVICE**

I certify that on December 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CMIECF system, which notifies any CM/ECF participants of the filing.

*/s/Autumn Hamit Patterson*
Autumn Hamit Patterson
