# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Christine Benson, et al vs. State of Arkansas

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-3311 for the following party(s): (please specify)

Christine Benson, on behalf of herself and her minor child, B.B.

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jonathan K. Youngwood    s/: Jonathan K. Youngwood

Firm Name: Simpson Thacher & Bartlett LLP

Business Address: 425 Lexington Avenue

City/State/Zip: New York, NY 10017

Telephone Number (Area Code): 212-455-3539

Email Address: jyoungwood@stblaw.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 12/8/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: